# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2016

## NO. 03-15-00464-CV

### Victory Cheval Holdings, LLC; Garrett Jennings; and Castle Crown Management, LLC, Appellants

**v.**

### Dennis Antolik; Victor Antolik; and Cheval Manor, Inc. d/b/a Austin Polo Club, Appellees

### APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on July 16, 2015. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.